IN THE U.S. DISRICT COURT FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 OCT 30 PM 3: 51

NANCY M.
MAYER-WHITTINGTON
CLERK

FILED
OCT 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PATRICIA A. KIDD
12254 CREEKVIEW CIRCLE
APT 203
WOODBRIDGE, VA 22192
703 730 6397
    PLAINTIFF

V.

HOWARD UNIVERSITY LAW SCHOOL;
2900 VAN NESS STREET NW WASHINGTON DC 20008

RHEA BALLARD-THROWER
DIRECTOR HOWARD UNVIERSITY LAW LIBRARY
2929 VAN NESS STREET NW WASHINGTON DC 20008

DEAN KURT SCHMOKE
IN HIS OFFICIAL CAPICACITY
HOWARD UNIVERISTY LAW SCHOOL
2900 VAN NESS STREET NW WASHINGOTN DC 20008

HOWARD UNIVERSITY
2400 6TH STRRE, N.W.
WASHINGTON, DC 20059
    DEFENDANTS

CASE NUMBER   1:06CV01853

JUDGE: Emmet G. Sullivan

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 10/30/2006

Venue.

This Court has venue over this case based on the fact that these actions happened in the District of Columbia, and the parties involved reside in different states and Howard University Law School is in the District of Columbia.

Factual Background

1

On October 28, 2005 Defendant Rhea-Ballard-Thrower wrote a class handout for Legal Research Lab Class she was teaching with Plaintiff Patricia Kidd and signed Plaintiff's my name to the document without plaintiff's permission or authorization. The document was distributed to all first year law strident via the West Law Twen Web Page and also through print copies. The document contained information which was incorrect and misleading. Plaintiff Kidd approach Defendant Ballard and asked her to explain to the first year law students and the entire law school population that she had written the document and not Plaintiff Kidd. Defendant Ballard has refused.

Students began to question the legitimately of what instructor Kidd taught and lectured in her class based on what was in the document and written by Defendant Rhea Ballard Thrower.

Several additional times Plaintiff Kidd has attempted to discuss this matter with defendant Ballard-Thrower but been ignored. Plaintiff Kidd has taken this matter to Defendant Schmoke and the law school and the university and the university and the result is that the plaintiff has been ignored.

Negative comments about Plaintiff Kidd's ability have arisen based on this document. Kidd received negative comments from students on the survey about the Legal Research Lab classes that she taught.

Defendant Kurt Schmoke, Howard University Law School and Howard University are responsible for the actions of their employee when she is working on their behalf so they are responsible for her actions in this lawsuit.

Count 1
Fraud

Rhea Ballard-Thrower Committed fraud by intentionally using the name of another person on a document the she wrote without that individual's permission. She had no right or authority to use the name of Patricia Kidd on the document.

Count II
Defamation of Character
The actions of Plaintiff Rhea Ballard-Thrower defame the character of Patricia A. Kidd. It makes her seems as a person who does not check her information before. Defendant Ballard has tarnished the character of plaintiff Kidd; she has shamed her good name and defamed her well being and earning poetical.

Count III
Unauthorized Use
Defendant Rhea Ballard-Thrower has used Plaintiff name as if it were her own and caused plaintiff irreversible damages.

Request for Damages

Wherefore, Plaintiff demands judgment against the defendants, in the full and just amount of Five Million Dollars ($5,000,000) in compensatory damages.

Wherefore, Plaintiff demons and award of such other relief as this Court deems appropriate.

*Patrick*

Case 1:06-cv-01853-RBW   Document 1   Filed 10/30/2006   Page 3 of 3

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Patricia A Kidd
12254 Creekview Circle Apt 203 Woodbridge, VA 22192

## DEFENDANTS
Howard University Law School, Rhea Ballard-Thower, Dean
Kurt Schmoke in his Official Capicacity, Howard University

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Prince William
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  District of Columbia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pro Se

CASE NUMBER 1:06CV01853
JUDGE: Emmet G. Sullivan
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 10/30/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☒ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other)   OR   ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ☒ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Fraud, Defamation of Character       28 USC § 16 other P.L.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 5 million Dollars   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 10/30/06   SIGNATURE OF ATTORNEY OF RECORD   Pat a todd

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.