**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. KIDD, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>HOWARD UNIVERSITY )<br>SCHOOL OF LAW, *et al.*, )<br>)<br>      Defendants. )<br>_____) | Case No: 06 CV 01853 (EGS) |

**LOCAL RULE 7.1 DISCLOSURE CERTIFICATE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

      We, the undersigned counsel of record for Howard University, certify that to the best of our knowledge and belief, there are no parent companies, subsidiaries or affiliates of Howard University which have any outstanding securities in the hands of the public. Howard University is a non-stock corporation chartered by an Act of Congress in 1867. These representations are made in order that judges of this court may determine the need for recusal.

      Respectfully submitted,

      \_\_\_\_\_/s/_____
      James E. McCollum, Jr.
      Bar No. 398117

      \_\_\_\_\_/s/_____
      Carla M. Mathers
      Bar No. 445064

      McCollum & Associates, LLC
      7309 Baltimore Avenue
      Suite 117
      College Park, MD 20740-1717
      (301) 864-6070

      Attorneys for Defendant

**Certificate of Service**

I hereby certify that a copy of the foregoing was served by first-class mail, postage prepaid this __3rd__ day of January, 2007 to:

>Patricia A. Kidd
>12254 Creekview Circle
>Apt. 203
>Woodbridge, VA  22192

>_____/s/_____
>James E. McCollum, Jr.