## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PATRICIA A. KIDD

               Plaintiff                           Case No. 06-CV 01853 (RBW)

    v.

HOWARD UNIVERSITY
SCHOOL OF LAW, *et al.*,

               Defendants.

## PLAINTIFFS' MOTION FOR ENLARGEMENT
## OF TIME TO AMEND COMPLAINT

**NOW COMES** Plaintiff *pro-se*, and moves this Court pursuant to *Fed. R. Civ. Procedure 6(b)* for an enlargement of 60 days to amend the Complaint.

The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities (Brief), which is attached hereto. **The granting of this Motion will <u>not</u> adversely impact, or prejudice the Defendants. The amended Complaint will respond to Defendants' Motion to Dismiss.**

                        Respectfully submitted,

                        Patricia A. Kidd, *pro-se*
                        12254 Creekview Circle
                        Apt. 203
                        Woodbridge, Virginia 22192
                        (703) 703-6397

**RECEIVED**

FEB - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE:**

I, Patricia A. Kidd, hereby certify that a copy of the foregoing was served by first-class

mail, postage prepaid this **8**[th] day of February 2007 to:

James E. McCollum, Jr.
McCollum & Associates, LL.C.
7309 Baltimore Avenue
Suite 117
College Park, Maryland 20740-1717

_Pat Kidd_
Patricia A. Kidd, *pro-se*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PATRICIA A. KIDD

             Plaintiff

    v.

HOWARD UNIVERSITY
SCHOOL OF LAW, *et al.,*

             Defendants.

Case No. 06 CV 01853 (RBW)

## PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO AMEND COMPLAINT

### (I) JUSTIFICATION FOR ENLARGEMENT OF TIME

Plaintiff is before this Honorable Court *pro-se*, and has been ill. Thus, Plaintiff needs time to amend her Complaint. Moreover, inasmuch as Plaintiff is *pro-se* she sincerely requires time to consult documentary evidence, research, write and amend the Complaint with the help of others. Plaintiff is not wealthy, and has limited resources but is making a good faith effort to find outside counsel. **The amended Complaint will respond to Defendants' Motion to Dismiss.**

### (II) LEGAL AUTHORITY

Pursuant to ***Fed. R. Civ. Procedure 6(b)(1)*** this Motion for Enlargement of Time is made before the expiration of time..

1

**Enlargements Before the Time Period Expires**

If the enlargement request is made before the time period expires, the district court, in its discretion, may grant an enlargement "for cause shown." *See, Wright & Miller, Federal Practice And Procedure Civil Rules, Vol. 12B, at p. 112 (2006 Quick Reference Guide).*

## (III)  CONTACT OF OPPOSITION:

Counsel made good faith attempts to secure the consent of counsel for Defendants regarding this Motion.  Plaintiffs' counsel was unable to secure the approval of Defendants' counsel.

## (IV)  CONCLUSION

WHEREFORE, Plaintiffs request that this Motion for Enlargement of Time be granted in the respects set forth in the Motion herein.

Respectfully submitted,

Patricia A. Kidd, *pro-se*
12254 Creekview Circle
Apt. 203
Woodbridge, Virginia 22192
(703) 703-6397

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

PATRICIA A. KIDD

               Plaintiffs                       Case No. 06 CV 01853 (RBW)

      v.

HOWARD UNIVERSITY
SCHOOL OF LAW, *et al.,*

               Defendants.
_____

## O R D E R

Upon consideration of Plaintiff's Motion for Enlargement of Time to Amend

Complaint, and any opposition thereto, it is the _____ day of _____ 2007,

     **ORDERED**, the Plaintiff's Motion for Enlargement is hereby **GRANTED;**

     **ORDERED**, that Plaintiff has 60 days from the date of this Order to Amend the

Complaint and respond to Defendants' Motion to Dismiss.


_____              _____
Date                                   Judge