IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. KIDD, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>HOWARD UNIVERSITY )<br>SCHOOL OF LAW, *et al.*, )<br>)<br>  Defendants. )<br>_____) | Case No: 06 CV 01853 (EGS) |

**HOWARD UNIVERSITY'S OPPOSITION TO PLAINTIFF'S
MOTION FOR ENLARGEMENT OF TIME TO AMEND COMPLAINT**

  Defendants, Howard University, Howard University School of Law, Rhea Ballard-Thrower, Kurt Schmoke and (collectively "Defendants"), by and through undersigned counsel, hereby oppose Plaintiff's motion for enlargement of time to amend complaint.[1] The reasons why the motion should not be granted are set forth below.

**Argument**

  Plaintiff's motion is untimely, incomplete and inaccurate. On December 20, 2006, defendants served their motion to dismiss the above captioned case. According to Local Rule 7(b) plaintiff had "11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." Plaintiff did not file an opposition within eleven days. Rather nearly two months later, plaintiff submitted a motion for enlargement of time to amend

---

[1] Howard University School of Law is not a separate entity apart from Howard University. For purposes of this motion, the defendants will be referred to collectively.

the complaint. Plaintiff's papers are untimely. Defendants' motion to dismiss should be treated as conceded.

Second, Plaintiff's motion is incomplete. F.R.Civ.P.6(b) permits the enlargement of time "(2) upon motion made after the expiration of the specified period to permit the act to be done where the failure to act was the result of excusable neglect…." Plaintiff has set forth no reason why she failed to respond to the motion to dismiss in a timely manner. Plaintiff's reason include that she has been ill, is representing herself, not wealthy and is looking to hire counsel. Pl.'s. Mem. at 1. Mere ignorance or unfamiliarity with the law is insufficient to establish excusable neglect. *U.S. v. Premises Known as Lots 14, 15, 16, 19, 47, and 48*, 682 F.Supp. 288 (E.D.N.C. 1987). The motion should be denied because Plaintiff has not set forth sufficient reasons justifying a finding of excusable neglect.

Third, Plaintiff is attempting to use a motion to enlarge time in place of a motion for leave to amend the complaint. As such, Local Rules 7(i) & (m) require "a motion for leave to file an amended pleading shall be accompanied by an original of the proposed pleading as amended." Plaintiff has set forth no amended pleading with the motion.

Finally, Plaintiff's motion is inaccurate. Local Rule 7(i) requires "before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement. A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed." Plaintiff states that "counsel made good faith attempts to secure the consent of counsel for Defendants regarding this Motion. Plaintiffs' counsel was unable to secure the approval of Defendants' counsel." This statement is

not accurate. Despite Defendants' telephone number and contact information clearly printed on the motion to dismiss, Defendants' counsel did not receive communication in any manner from Plaintiff or anyone acting on her behalf with respect to the motion to enlarge time. *See* Aff. Mathers ¶¶ 3-5. For this reason as well, Plaintiff's motion should be denied.

## Conclusion

For all of the foregoing reasons, Defendant respectfully requests that the Court dismiss Plaintiff's motion for enlargement of time and grant Defendants' the motion to dismiss.

Respectfully submitted,

_____/s/_____
James E. McCollum, Jr.
Bar No. 398117

_____/s/_____
Carla M. Mathers
Bar No. 445064

McCollum & Associates, LLC
7309 Baltimore Avenue
Suite 117
College Park, MD 20740-1717
(301) 864-6070

Attorneys for Defendant

**Certificate of Service**

I hereby certify that a copy of the foregoing was served by first-class mail, postage prepaid this __15th__ day of February, 2007 to:

>Patricia A. Kidd
>12254 Creekview Circle
>Apt. 203
>Woodbridge, VA  22192

>_____/s/_____
>James E. McCollum, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. KIDD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 06 CV 01853 (EGS) |
| HOWARD UNIVERSITY ) | |
| SCHOOL OF LAW, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Enlargement of Time to Amend Complaint, the Opposition thereto, and the entire record in this matter, it is hereby

ORDERED that the Defendants' motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE

Dated this _____ day of _____, 2007

Copies to:

James E. McCollum, Jr.
Carla M. Mathers
McCollum & Associates, LLC
7309 Baltimore Avenue
Suite 117
College Park, MD 20740-1717

Patricia A. Kidd
12254 Creekview Circle
Apt. 203
Woodbridge, VA  22192

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. KIDD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 06 CV 01853 (EGS) |
| HOWARD UNIVERSITY ) | |
| SCHOOL OF LAW, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT OF CARLA M. MATHERS IN SUPPORT
OF OPPOSITION TO PLAINTIFF'S MOTION FOR
<u>ENLARGEMENT OF TIME TO AMEND COMPLAINT</u>**

I am Carla M. Mathers. I state and declare that I have personal knowledge of the facts herein, that I am over the age of eighteen (18), and that I am competent to testify. Accordingly, I declare the following.

1. I am an attorney in good standing and licensed in the District of Columbia.

2. I represent Howard University in the above-captioned matter.

3. My name, address and telephone number are listed in the signature block in the Defendants' Motion to Dismiss the Complaint filed December 20, 2006.

4. I have never been contacted by Plaintiff Patricia Kidd.

5. To my knowledge, neither I nor any other attorney or staff member have been contacted by Plaintiff Patricia Kidd or anyone on her behalf regarding the motion for enlargement of time to amend the complaint filed February 8, 2007.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February  20th , 2007.

_____/s/_____
Carla M. Mathers