UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA A. KIDD

        Plaintiff                Case No. 06-CV 01853 (RBW)

v.

HOWARD UNIVERSITY
SCHOOL OF LAW, *et al.*,

        Defendants

**RECEIVED APR - 4 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

**PLAINTIFFS' MOTION FOR COURT APPOINTED COUNSEL**

Plaintiff is financially indigent unable to hire an attorney and unable to find an attorney to assist in this matter because plaintiff is unable to financially compensate the attorney. Plaintiff asks court to appoint counsel.

Respectfully submitted,

*Pat a Kidd*

Patricia A. Kidd, *pro-se*
12254 Creekview Circle
Apt. 203
Woodbridge, Virginia 22192
(703) 703-6397

1

**CERTIFICATE OF SERVICE:**

I, Patricia A. Kidd, hereby certify that a copy of the foregoing was served by first-class mail, postage prepaid this 1st day of April 20007 to:

James E. McCollum, Jr.
McCollum & Associates, LL.C.
7309 Baltimore Avenue
Suite 117
College Park, Maryland 20740-1717

_____
Patricia A. Kidd, *pro-se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA A. KIDD

        Plaintiffs                     Case No. 06 CV 01853 (RBW)

v.

HOWARD UNIVERSITY
SCHOOL OF LAW, *et al.*,

        Defendants.

## ORDER

Upon consideration of Plaintiff's Motion for Court Appointed Counsel and Consideration of any opposition to it, it is granted this ___ day of _____ 2007,

**ORDERED**, the Plaintiff's Motion for Court Appointed Counsel is hereby **GRANTED.**

_____                   _____
Date                                                                           Judge