IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. KIDD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 06 CV 01853 (EGS) |
| HOWARD UNIVERSITY ) | |
| SCHOOL OF LAW, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**HOWARD UNIVERSITY'S OPPOSITION TO PLAINTIFF'S
MOTION FOR COURT APPOINTED COUNSEL**

Defendants, Howard University, Howard University School of Law, Rhea Ballard-Thrower, Kurt Schmoke and (collectively "Defendants"), by and through undersigned counsel, hereby oppose Plaintiff's motion for court appointed counsel.[1]  The reasons why the motion should not be granted are set forth below.

**Background**

On October 30, 2006, Plaintiff filed a complaint seeking damages arising out of her employment at Howard University as a librarian at the law school.  On December 20, 2006, Defendants filed a Motion to Dismiss the Complaint.  Plaintiff did not oppose the motion directly.  However, on or about, February 8, 2007, Plaintiff filed a motion to amend the complaint.  The motion was opposed.  Thereafter on or about April 1, 2007, Plaintiff filed a motion for court appointed counsel.  The motion should be denied for the following reasons.

Plaintiff's motion is untimely and incomplete.  Plaintiff filed her complaint on October 3, 2006, yet she waited five (5) months to seek the court's assistance in obtaining

---

[1] Howard University School of Law is not a separate entity apart from Howard University.  For purposes of this motion, the defendants will be referred to collectively.

counsel. No reason has been set forth for the delay. Plaintiff's papers are untimely and the motion should be denied.

Plaintiff's motion should also be denied because she failed to seek consent to the nondispositive motion under L.Cv.R. 7(m), by contacting opposing counsel. Local Rule 7(m) requires "before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement. A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed." For this reason as well, Plaintiff's motion should be denied.

Finally, Plaintiff's motion should be denied because this litigation does not meet the standard set forth in L.Cv.R. 83.11(b)(3) for appointment of counsel in civil cases. First, Plaintiff has not been granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Even if Plaintiff had been granted leave to proceed, the court should consider the following factors set forth in L.Cv.R. 83.11(b)(3): (i) the nature and complexity of the action; (ii) the potential merit of the *pro se* party's claims; (iii) the demonstrated inability of the *pro se* party to retain counsel by other means; and (iv) the degree to which the interests of justice will be served by the appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel." L.Cv.R. 83.11(b)(3).

Taking each of these factors into consideration, the Court should deny Plaintiff's motion. First, Defendants have already filed a motion to dismiss the complaint which demonstrates the substantive flaws in the Plaintiff's complaint that cannot be cured by re-drafting the complaint. Simply stated, Plaintiff has not set forth any factual allegations that

2

would justify granting relief. Hence the nature of the action and the potential merit of the claims caution against granting the motion. Next, plaintiff is an experienced litigant, has retained or obtained counsel in other cases, and has only recently been granted leave to proceed *in forma pauperis* in a case she filed on January 23, 2007, *Kidd v. District of Columbia, et al.,* 07-cv-00160 (UNA), dismissed with prejudice. Hence, whatever limited resources are available for *pro se* plaintiffs, they should not be concentrated in a single plaintiff bringing questionable claims. The conservative use of limited resources does not serve the wider interests of justice. Hence, Plaintiff's motion should be denied.

## Conclusion

For all of the foregoing reasons, Defendant respectfully requests that the Court dismiss Plaintiff's motion for appointment of counsel.

                                        Respectfully submitted,

                                        _____/s/_____
                                        James E. McCollum, Jr.
                                        Bar No. 398117

                                        _____/s/_____
                                        Carla M. Mathers
                                        Bar No. 445064

                                        McCollum & Associates, LLC
                                        7309 Baltimore Avenue
                                        Suite 117
                                        College Park, MD 20740-1717
                                        (301) 864-6070

                                        Attorneys for Defendant

**Certificate of Service**

I hereby certify that a copy of the foregoing was served by first-class mail, postage prepaid this __11th__ day of April, 2007 to:

>Patricia A. Kidd
>12254 Creekview Circle
>Apt. 203
>Woodbridge, VA  22192

>_____/s/_____
>James E. McCollum, Jr.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. KIDD,            ) | |
|               Plaintiff,            ) | |
| v.                                                ) | Case No: 06 CV 01853 (EGS) |
| HOWARD UNIVERSITY            ) | |
| SCHOOL OF LAW, *et al.,*            ) | |
|               Defendants.            ) | |

## **ORDER**

UPON CONSIDERATION of Defendants Motion to Appoint Counsel, memoranda in support thereof, any opposition thereto, and the entire record in this matter, it is hereby

ORDERED that the Plaintiffs' motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE

Dated this _____ day of _____, 2007

Copies to:

James E. McCollum, Jr.
Carla M. Mathers
McCollum & Associates, LLC
7309 Baltimore Avenue
Suite 117
College Park, MD 20740-1717

Patricia A. Kidd
12254 Creekview Circle
Apt. 203
Woodbridge, VA  22192

6