UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA A. KIDD,  )
　　　　　　　　　　)
　　　　Plaintiff,  )
　　　　　　　　　　)
v.　　　　　　　　　)  Case No. 06-CV-1853 (RBW)
　　　　　　　　　　)
HOWARD UNIVERSITY SCHOOL  )
OF LAW, et al.,  )
　　　　　　　　　　)
　　　　Defendants.  )
　　　　　　　　　　)

**ORDER**

In accordance with the Memorandum Opinion being issued contemporaneously herewith, it is hereby

ORDERED that the Defendant's Motion to Dismiss [D.E. # 2] is denied without prejudice. It is further

ORDERED that the plaintiff's Motion for Enlargement of Time to Amend Complaint, [D.E. # 4] is granted. It is further

ORDERED that the plaintiff's Motion for Court Appointed Counsel [D.E. # 6] is denied.

SO ORDERED on this 25th day of June, 2007.

　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　United States District Judge