IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA A. KIDD,                      Case No: 06 CV 01853 (RBW)

       Plaintiff,

v.

HOWARD UNIVERSITY
SCHOOL OF LAW, *et al.*,

       Defendants.

### PLAINTIFF'S MOTION TO DISMISS

I, the plaintiff in this action ask the court to dismiss my suit without prejudice. As a pro se litigant I have found this issue to over whelming to handle alone. I found that I need to seek additional legal advice before I proceed any further with this situation. I ask the court to dismiss my action without prejudice at this time to allow me that opportunity.

Respectfully submitted,

*Pat a Kidd*

Patricia A. Kidd, *pro-se*
12254 Creekview Circle
Apt 203
Woodbridge, Virginia 22192
703 730 6397

RECEIVED
FEB 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I hereby certify that a copy of the foregoing was served by first-class mail, postage prepaid this __13th__ day of February 2008 to: Attorney for Defendants.

James E. McCollum, Jr.
Carla M. Mathers
McCollum & Associates, LLC
7309 Baltimore Avenue
Suite 117
College Park, MD 20740-1717

_____
Patricia A. Kidd, *pro-se*
12254 Creekview Circle
Apt 203
Woodbridge, Virginia 22192
703 730 6397

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA A. KIDD,                               Case No: 06 CV 01853 (RBW)

    Plaintiff,

v.

HOWARD UNIVERSITY
SCHOOL OF LAW, *et al.*,

    Defendants.

**ORDER**

Upon Consideration of Plaintiff's motion to Dismiss it is hereby ordered that the plaintiff motion is Granted, and it is further Ordered that this action is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated this _____ day of _____, 2008